In the Matter of the Claim of BASILE GAVALLA, Appellant, against BING & BING, INC., Agents, PRISCILLA REALTY CORP., Owner, and the FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondents. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal by claimant from a decision of the State Industrial Board denying his claim for compensation. Claimant was a waiter and it is his contention that during the month of February, 1935, while he was stooped down to pick up a tray of dishes, he felt flashes in his right eye and thereafter black spots appeared before his eyes which prevented him from continuing his work. He made a claim for compensation for total loss of use of the right eye. The State Industrial Board found that claimant did not sustain accidental injuries arising out of and in the course of his employment; that timely notice of the alleged injury was not given to the employer and that the latter was prejudiced thereby, and that the failure to give such notice should not be excused. There is evidence to sustain the determination of the Board. Decision unanimously affirmed, without costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of ROSE ALVAREZ, Appellant, against EUSA R. E. Co., INC., Respondent. STATE INDUSTRIAL BOARD, Respondent.— Claimant appeals from decision and finding of the State Industrial Board holding that claimant was hired jointly with her husband as superintendents of premises operated by the employer-respondent. It is alleged that in the course of her employment claimant accidentally injured her eye which resulted in a 100 per cent loss of use. After hearing the evidence a finding was made that claimant did sustain such accidental injury and an award was made accordingly. The award has been paid. The sole question here is that of joint employment and the State Industrial Board has found as a fact that the claimant and her husband were hired jointly. There is ample evidence to support such finding of joint employment. The finding of the State Industrial Board should be affirmed. Decision unanimously affirmed, without costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.